AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00128 |
| Robert Dowell | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 4/10/2024 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Dowell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C§ 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 04/10/2024

                                            *Digitally signed by G. Michael Harvey*
                                            *Date: 2024.04.10 11:49:11 -04'00'*

City and state:   Washington, D.C.        G. MICHAEL HARVEY, U.S. Magistrate Judge
                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 4-10-24, and the person was arrested on *(date)* 4-17-24
at *(city and state)* Orlando Florida.

Date: 4-17-24

                                          *Arresting officer's signature*

                                          Jacob Hamilton Special Agent
                                          *Printed name and title*