# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 24-mj-128 (GMH) |
| | : | |
| **ROBERT DOWELL,** | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct on Capitol Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | any of the Capitol Buildings) |
| | : | |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **ROBERT DOWELL**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Disorderly Conduct on Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **ROBERT DOWELL**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Allison K. Ethen
ALLISON K. ETHEN
Assistant United States Attorney, Detailee
MN Bar 0395353
601 D. Street N.W.
Washington, DC 20001
Telephone: 612-664-5575
Allison.Ethen@usdoj.gov